LOUISA SINGLETON, *Appellant*, V. THE STATE SAVINGS BANK OF TALLAHASSEE, A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF FLORIDA, AND IDA SINGLETON AS ADMINISTRATRIX OF THE ESTATE OF WASH SINGLETON, DECEASED, *Appellees.*

Opinion Filed February 21, 1919.

An Appeal from the Decree of the Circuit Court within and for the County of Leon; E. C. Love, Judge.

Affirmed.

*W. J. Oven* and *S. H. Diamond,* for Appellant;

*Jos. A. Edmonson* and *Myers & Myers,* for Appellees.

PER CURIAM.—This cause having been submitted to the Court at a former term thereof upon the transcript of the record of the decree aforesaid, and argument of counsel for the respective parties, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is, hereby affirmed.

All concur.